UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

PAUL P. SCOTT,

        Petitioner,        Case No. 1:11-cv-571

v.

                      Honorable Paul L. Maloney

JOHN PRELESNIK,

        Respondent.
_____/

## **ORDER**

On August 17, 2011, the Court entered an order (docket #6) requiring Petitioner to file his petition on the form as required by Rule 3 of the Rules Governing § 2254 Cases. The Court allowed 28 days for Petitioner to comply. Petitioner was warned that if he failed to comply the Court would dismiss his case for want of prosecution.

More than 28 days have elapsed. Petitioner did not submit an amended petition on the form. Because Petitioner has failed to comply with the Court's order, dismissal of this action without prejudice for want of prosecution is appropriate. Therefore, the Court will issue a Judgment dismissing the action without prejudice.


Dated: October 3, 2011                /s/ Paul L. Maloney
                                          Paul L. Maloney
                                          Chief United States District Judge