UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

PAUL P. SCOTT,

        Petitioner,        Case No. 1:11-cv-571

v.

                              Honorable Paul L. Maloney

JOHN PRELESNIK,

        Respondent.

_____/

## **JUDGMENT**

For the reasons set forth in the Order issued on this date:

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice.

Dated: October 3, 2011                /s/ Paul L. Maloney
                                                  Paul L. Maloney
                                                  Chief United States District Judge